# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00267-APG-NJK |
| Plaintiff, | |
| v. | ORDER |
| FLORENCE FAAMALIGI LEVAO, | (Docket No. 5) |
| Defendant. | |

Based on the pending Motion of the Government, and good cause appearing, the Motion is hereby GRANTED.   Docket No. 5.

IT IS HEREBY ORDERED that the Indictment in the above-captioned case shall be unsealed.

DATED this __12th__ day of December, 2019.

_____

HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE