RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Florence Faamaligi Levao

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00267-APG-NJK |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF RELEASE** |
| v. | (First Request) |
| FLORENCE FAAMALIGI LEVAO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Florence Faamaligi Levao, that the Court modify her condition of release to allow for travel to the State of Utah.

The Stipulation is entered into for the following reasons:

1. On December 10, 2019 and January 8, 2020, Ms. Levao was released on a personal recognizance bond with certain conditions, including a travel restriction limiting her travel to the District of Hawaii, District of Nevada, the island of Oahu, and American Somoa. ECF No. 10.

2. Ms. Levao is requesting that this condition of release be modified to allow her to travel to the State of Utah to visit her son and granddaughter from August 8-11, 2020.

3. Counsel for Ms. Levao has spoken with Pretrial Services Officer Erin Patrick, District of Hawaii, concerning this issue. Officer Patrick confirmed that Ms. Levao has been compliant with the terms of her release, has provided appropriate documentation related to her travel itinerary, and does not oppose this modification to allow for this limited travel.

4. The government has no objection to this requested modification.

This is the first stipulation to modify conditions of release filed herein.

DATED this 23rd day of July, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Brandon C. Jaroch*<br>By_____<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | */s/ Jessica Oliva*<br>By_____<br>JESSICA OLIVA<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00267-APG-NJK |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| FLORENCE FAAMALIGI LEVAO, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that Ms. Levao's the condition of pretrial release be modified to allow for her to travel to the State of Utah from August 8-11, 2020.

DATED this 23rd day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3