RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Florence Faamaligi Levao

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLORENCE FAAMALIGI LEVAO,<br><br>　　　　Defendant. | Case No. 2:19-cr-00267-APG-NJK<br><br>**Motion for Leave to File Exhibits Under Seal** |

　　　　Undersigned counsel is filing a Sentencing Memorandum. Exhibits A and B to the Sentencing Memorandum contain highly sensitive information. Undersigned counsel believes this information will assist this Court in evaluating the Sentencing Memorandum. Because Exhibits A and B contain highly sensitive information, they should be filed under seal and remain under seal. Undersigned counsel will serve the sealed Exhibits A and B on the government via electronic mail.

**CONCLUSION**

For the foregoing reasons, undersigned counsel respectfully requests leave to file under seal Ms. Levao's Exhibits A and B to the Sentencing Memorandum, and requests that the Court maintain them under seal.

DATED this 25th of January, 2022.

    Respectfully submitted,

    RENE L. VALLADARES
    Federal Public Defender

By:   /s/ Joanne L. Diamond

    JOANNE L. DIAMOND
    Assistant Federal Public Defender
    Attorney for Florence Faamaligi Levao

IT IS SO ORDERED:

Dated: January 26, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE